**Order filed December 5, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00195-CV

_____

## SUSAN DAVIS VAN DYKE ET AL., Appellants

## V.

## H & S FARMS, INC. ET AL., Appellees

**On Appeal from the 118th District Court**
**Martin County, Texas**
**Trial Court Cause No. 6848**

## O R D E R

On October 3, 2019, we abated this appeal pending the outcome of a related appeal that may affect the matters at issue in the instant cause. The related appeal is Cause No. 11-18-00050-CV, *Susan Davis Van Dyke et al. v. The Navigator Group et al.*, which was submitted at oral argument on June 6, 2019. On December 2, 2019, we received an unopposed motion to withdraw from attorney Lawrence M. Doss, counsel for Appellee Janice Stroup. We reinstate this appeal for the limited purpose

of filing Doss's motion to withdraw and any related documents, as well as issuing a ruling on same.

Doss indicates in the motion to withdraw that he is unable to continue to represent Stroup because Doss has been appointed to sit as a justice on the Seventh Court of Appeals. Doss states that "[t]he firm will continue to represent Stroup." However, we have not received a notice of substitution of counsel as provided for by Rule 6.5(d) of the Texas Rules of Appellate Procedure. Doss notified Stroup of her right to object to Doss's motion to withdraw.

We request that, if Stroup has any objection to the motion to withdraw, she notify this court in writing on or before December 20, 2019.

PER CURIAM

December 5, 2019

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.